AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Brooks Anderson and Holly Anderson,
Husband and Wife

V.

United States Gvt.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CASE NUMBER 1:06CV01544
JUDGE: Rosemary M. Collyer
DECK TYPE: Pro se General Civil
DATE STAMP: 08/██/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro se (name and address)

Brooks Anderson
Holly Anderson
6121 Columbine Boulevard
Flagstaff, Arizona

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____
CLERK

AUG 3 0 2006
_____
DATE

H. Higgins
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/12/06 |
| NAME OF SERVER *(PRINT)* <br> Luke Shepherd | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered letter
RB 536 417 392 US

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/06
         Date                    Signature of Server

6905 Diamond Blvd. Flagstaff AZ 86004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.