IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROOKS ANDERSON, et al., | ) |
| | ) |
| Plaintiff, | ) Civ. No. 1:06-cv-01544 (RMC) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on January 12, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Brooks Anderson
> Holly Anderson
> 6121 Columbine Boulevard
> Flagstaff, AZ 86004

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ