# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BROOKS ANDERSON &** | ) | |
| **HOLLY ANDERSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1544 (RMC)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER DIRECTING PLAINTIFFS TO RESPOND TO
## UNITED STATES OF AMERICA'S MOTION TO DISMISS

Defendant United States of America, by counsel, has filed a motion to dismiss Plaintiffs' complaint. Because resolution of this motion may dispose of the case, the Court advises the *pro se* Plaintiffs of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiffs are advised that the Court will rule on the Defendant's motion taking into consideration the facts proffered by Plaintiffs in their complaint, along with their response or opposition to the motion. Plaintiffs' attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

1

LCvR 7(b).  If Plaintiffs fail to respond to the motion, the Court may grant the motion and dismiss the case.  *Fox v. Strickland*, 837 F.2d at 509.  In addition, Plaintiffs' attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.  Thus, failure to respond to Defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

**ORDERED** that Plaintiffs shall file their opposition or other response to Defendant's motion to dismiss no later than **June 7, 2007**.  If Plaintiffs do not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case.

**SO ORDERED.**


Date: May 7, 2007                                    _____/s/_____
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge

2