UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| BROOKS ANDERSON & <br> HOLLY ANDERSON, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 06-1544 (RMC) |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

## ORDER

Plaintiffs Brooks and Holly Anderson filed this lawsuit on August 30, 2006, alleging that the United States violated various provisions of the Internal Revenue Code in connection with the collection of their taxes. The United States moved to dismiss the Complaint on January 12, 2007, arguing that the Court lacks personal and subject matter jurisdiction and that Plaintiffs failed to state a claim upon which relief can be granted. After Plaintiffs failed to file a timely response to the motion, the Court entered an order on May 7, 2007, informing Plaintiffs that if they failed to oppose the motion the Court would grant it as conceded. The May 7 order gave Plaintiffs until June 7, 2007, to file an opposition brief. On June 6, Plaintiffs moved for an extension of time to file their opposition. On June 8, the Court granted the motion and gave Plaintiffs an additional month, until July 6, 2007, to oppose the motion to dismiss and indicated that no further extensions of time would be granted. Plaintiffs failed to file an opposition in accordance with that order. Thus, despite having had nearly seven months to prepare an opposition to the United States's motion to dismiss, Plaintiffs have failed to do so. Accordingly, it is hereby

**ORDERED** that, there being no opposition from Plaintiffs, the United States's Motion to Dismiss [Dkt. # 5] is **GRANTED** and the case is dismissed from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


Date: July 10, 2007                                         /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge