# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROOKS ANDERSON & HOLLY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1544 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the United States's Motion to Dismiss [Dkt. # 5] is **GRANTED** and the case is dismissed from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: July 18, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

1