IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brooks Anderson, et al., | ) | |
| | ) | Case No: 1:06-cv-01544 (RMC) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES (Government), | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiffs hereby GIVE NOTICE of their intent to Appeal the Court's granting of the United States' Motion to Dismiss Complaint.

Respectfully Submitted

Dated _____August 16_____, 2007

_____
Brooks Anderson

# RECEIVED

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE
I certify that I have served a copy of the foregoing on:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Dated _____8-16_____, 2007 _____/s/_____