# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5283**                                        **September Term, 2007**

**06cv01544**

**Filed On: March 6, 2008** [1103492]

Brooks Anderson and Holly Anderson,
       Appellants

    v.

U.S. Government,
       Appellee

## O R D E R

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 4/25/08

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

      By order filed January 8, 2008, directing appellant to file his answer to the order to show cause by February 7, 2008. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

      **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

      The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

      BY:

                 Elizabeth V. Scott
                 Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: _____ Deputy Clerk